UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**CARL RITTER and**
**CAROL RITTER,**

    Plaintiffs,

vs.                              CASE NO.:   8:16-cv-1386-T-36AAS

**NONPROFIT INFORMATION**
**NETWORKING ASSOCIATION**
**and RUTH MCCAMBRIDGE,**

    Defendants.
_____/

## MEDIATION DISPOSITION REPORT

A mediation conference was conducted on the 15th day of **November, 2016**. The conference resulted in the following

_____  The case was completely settled. Counsel will submit a notice or stipulation for dismissal or other final disposition.

__X__  The parties reached an impasse as to all issues.

_____  The parties settled the following issues:
    (a)_____
    (b)_____

_____  The parties did not settle the following issues:
    (a)_____
    (b)_____

_____  The case was set for trial on _____ and should be removed from the trial docket.

_____  The mediation conference has been adjourned and the mediation conference shall be resumed on _____.


_____      November 15, 2016
F. Robert Santos, Mediator      Date
cc: All Counsel of Record