UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

CASE NO. 8:16-cv-01386-CEH-AAS

CARL RITTER and
CAROL RITTER,

    Plaintiffs,

v.

NONPROFIT INFORMATION
NETWORKING ASSOCIATION
and RUTH McCAMBRIDGE,

    Defendants.
_____/

**DEFENDANTS' NOTICE OF SERVICE OF
JOINT OFFER OF JUDGMENT TO PLAINTIFF CAROL RITTER**

    The Defendants, NONPROFIT INFORMATION NETWORKING ASSOCIATION d/b/a Nonprofit Quarterly and RUTH McCAMBRIDGE, through undersigned counsel and pursuant to Federal Rule of Civil Procedure 68, Florida Rule of Civil Procedure 1.442, and section 768.79, Florida Statutes, hereby give notice of service of their Joint Offer of Judgment upon the Plaintiff, Carol Ritter.

**CERTIFICATE OF SERVICE**

    I hereby certify that on December 12, 2016, I electronically filed the foregoing with the Clerk of Court using the CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel of parties who are not authorized to receive electronically Notices of Electronic Filing.

                        COLE, SCOTT & KISSANE, P.A.
                        Attorney for Defendants
                        Esperante Building
                        222 Lakeview Avenue, Suite 120
                        West Palm Beach, Florida 33401
                        Telephone: (561) 383-9250

Facsimile: (561) 683-8977
E-mail: jonathan.vine@csklegal.com
E-mail: michael.kessler@csklegal.com

By: /s/ S. Jonathan Vine
    S. JONATHAN VINE
    FBN: 10966
    MICHAEL KESSLER
    FBN: 117784

**SERVICE LIST**

Joshua E. Burnett, Esq.
Burnett Wilson Reeder
200 N. Pierce Street
Tampa, FL 33602
Email: jburnett@bwrfirm.com
Telephone: (813) 221-5000
Fax: (813) 221-5005
*Counsel for Plaintiffs*
**VIA CM/ECF**

l:\0288-0142-00\pleading\notice\notice of service - offer of judgment- carol ritter (final).docx